# UNITED STATES DISTRICT COURT

FOR THE

SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| v. : | 07 Cr. 657 |
| ESTEBAN RAMIREZ, : | J. Brieant |
| Defendant. : | |

------------------------------------X

**ESTEBAN RAMIREZ**, the above-named defendant, who is accused of violating Title 21, United States Code, Sections 812, 841(a)(1), 841(b)(1)(A), and 846, having been advised of the nature of the charge and of his rights, hereby waives in open court prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
Defendant

_____
Counsel for Defendant

Date:   White Plains, New York
         July 19, 2007