# UNITED STATES DISTRICT COURT
# 300 QUARROPAS STREET
# WHITE PLAINS, N.Y. 10601

CHAMBERS OF THE HONORABLE
GEORGE A. YANTHIS, U.S. MAGISTRATE JUDGE

## **MEMORANDUM**

DATE:      July 30, 2007

TO:        Honorable Charles L. Brieant,  U.S. District Judge

FROM:      George A. Yanthis, U.S. Magistrate Judge

RE:        Transcript of Guilty Plea


On July 19, 2007 a Rule 11 allocution was taken in the matter of United States vs Ramirez   07 cr 657 (CLB) on consent of both parties. Please find attached hereto the transcript of the proceeding which sets forth my Report and recommendation for your consideration. If I can be of any further assistance in this matter I would be pleased to do so.


Respectfully Submitted

George A. Yanthis
U.S. Magistrate Judge