# Siriano & Bernstein, P.C.
## ATTORNEYS AT LAW

2027 Williamsbridge Road
Bronx, New York 10461

Telephone: (718) 823-2600
Facsimile: (718) 823-3488

Anthony F. Siriano
Mark F. Bernstein

Westchester Office
109 Croton Avenue
Ossining, New York 10562
Telephone: (914) 941-2800
Facsimile: (914) 941-4915

October 10, 2007

**VIA FACSIMILE: (914) 390-4085**
Honorable Charles L. Brieant
U.S. District Judge
United States District Court for the
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: United States of America v. Esteban Ramirez
Docket No: 07CR657 (CLB)

Dear Judge Brieant:

    I represent the above-referenced individual who is scheduled to appear before your Honor for sentencing on October 22, 2007. I have requested AUSA Brent Wible as well as your case manager, if I may be granted an adjournment on said sentence for personal reasons to a later date. We believe that November 20, 2007, at 9 a.m., would be convenient for all parties. I most respectfully request the Court to grant this request. Thank you for your courtesies.

Yours truly,

SIRIANO & BERNSTEIN, P.C.

Anthony F. Siriano
AFS: dg

cc: via first class mail